IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIETGOAL INNOVATIONS LLC,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>BRAVO MEDIA, LLC,  §<br>§<br>Defendant.  §<br>§ | Hon. Caroline Craven<br><br>Civil Action No. 2:12-cv-00327-MHS-CMC<br><br>JURY TRIAL DEMANDED |

**DEFENDANT BRAVO MEDIA LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant certifies as follows: Bravo Media LLC is indirectly owned by Comcast Corporation and General Electric Company, both of which are publicly held companies. No other publicly held company owns more than 5% of the stock of Bravo Media LLC.

Respectfully submitted,

Dated: August 22, 2012         By:   */s/* J. Christopher Carraway
                                    J. Christopher Carraway (OR Bar No. 961723)
                                    christopher.carraway@klarquist.com
                                    Salumeh R. Loesch (OR Bar No. 090074)
                                    salumeh.loesch@klarquist.com
                                    KLARQUIST SPARKMAN, LLP
                                    121 S.W. Salmon Street, Suite 1600
                                    Portland, Oregon 97204
                                    Telephone: (503) 595-5300
                                    Facsimile: (503) 595-5301

                                    *Attorneys for Defendant Bravo Media LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 22, 2012, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                    */s/ J. Christopher Carraway*
                                                    J. Christopher Carraway