**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:12-cv-00327-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| BRAVO MEDIA, LLC, | § | |
| | § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:12-cv-00330-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| SCRIPPS NETWORKS, LLC d/b/a FOOD.COM, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:12-cv-00332-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| MEREDITH CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:12-cv-00336-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| TACO MAYO FRANCHISE SYSTEMS, INC., | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:12-cv-00337-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| TIME, INC., | § | |
| | § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:12-cv-00338-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| TYSON FOODS, INC. | § | |
| | § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:12-cv-00340-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| WHATABURGER | § | |
| | § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:12-cv-00561-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| DOMINO'S PIZZA, INC., | § | |
| | § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:12-cv-00562-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| WEGMANS FOOD MARKET, INC., | § | |
| | § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:12-cv-00563-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| HEARST COMMUNICATIONS, INC. | § | |
| D/B/A SEVENTEEN MAGAZINE, | § | |
| | § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:12-cv-00564-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| QIP HOLDER LLC D/B/A QUIZNOS, | § | |
| | § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:12-cv-00565-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| IAC/INTERACTIVE CORP., DAILY | § | |
| BURN, INC., and TELEVISION FOOD | § | |
| NETWORK G.P. d/b/a FOOD NETWORK | § | |
| | § | |
| *Defendant.* | | |

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| _Plaintiff,_ | § | |
| | § | Civil Action No. 2:12-cv-00566-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| DUNKIN' BRANDS GROUP, INC., | § | |
| | § | |
| _Defendant._ | § | |
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| _Plaintiff,_ | § | |
| | § | Civil Action No. 2:12-cv-00568-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| EL POLLO LOCO INC. formerly known as EPL Intermediate Inc., | § | |
| | § | |
| | § | |
| _Defendant._ | § | |
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| _Plaintiff,_ | § | |
| | § | Civil Action No. 2:12-cv-00736-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| DOCTOR'S ASSOCIATES, INC. D/B/A SUBWAY, | § | |
| | § | |
| | § | |
| _Defendant._ | § | |
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| _Plaintiff,_ | § | |
| | § | Civil Action No. 2:12-cv-00737-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| RED ROBIN INTERNATIONAL, INC., | § | |
| | § | |
| _Defendant._ | § | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO EXCHANGE P.R. 4-2 DISCLOSURES AND PRIVILEGE LOGS**

On this date, the Parties came to be heard on the Joint Motion for Extension of Time to Exchange P.R. 4-2 Disclosures and Privilege Logs ("Motion").  After considering this Motion, the Court finds it is well taken and should be approved.

Accordingly, the Parties' Motion  is hereby GRANTED.  Parties may exchange P.R. 4-2 disclosures and privilege logs by January 23, 2013.

**IT IS SO ORDERED.**

**SIGNED this 16th day of January, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE